

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-7-2006

# Sunarsih v. Atty Gen USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 05-2355

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Sunarsih v. Atty Gen USA" (2006). 2006 Decisions. Paper 944.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/944

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. **05-2355**


Endang Sunarsih,
                                    Petitioner

v.

Attorney General USA


**ORDER**

_____

At the direction of the Court, the not precedential opinion in the above-captioned appeal, filed March 2, 2006, is hereby amended to delete the duplicate sentence on lines eight (8) and nine (9) on page ten.


For the Court,


/s/Marcia M. Waldron
Clerk

Dated:    June 7, 2006